**Everlee HICKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 55509.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 20, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 25, 1990.

Application to Transfer Denied
June 19, 1990.

John R. Krehmeyer, Stormy B. White, Asst. Public Defenders, Clayton, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 27.26 (now repealed) motion to vacate sentence after an evidentiary hearing. We

affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).